United States District Court
Southern District of Texas
**ENTERED**
August 10, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Oston Fernandes,<br>*Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | Civil Action No. H-21-482 |
| Northline Enterprises, Inc., et al.,<br>*Defendants*. | § <br> § <br> § | |

### ORDER OF ADOPTION

On July 25, 2022, Magistrate Judge Peter Bray recommended that Plaintiff's motion for summary judgment be granted as to actual and liquidated damages, that the request for attorney's fees be granted in part, and that the case be dismissed with prejudice. ECF No. 38. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on August _9_, 2022.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE